IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 24-CR-34 |
| Plaintiff, | **INDICTMENT** |
| vs. | Count 1 |
| GABRIEL ALEJANDRO HERNANDEZ-ROMAN, | 42 U.S.C. § 1320d-6(a)(2), (b)(2), and (b)(3): Wrongfully Obtaining Individually Identifiable Health Information Relating to an Individual Under False Pretenses and With Intent to Use for Personal Gain and Malicious Harm |
| Defendant. | |

The Grand Jury charges:

### General Allegations

At all times material to this Indictment:

#### *Hospital-1*

1. Hospital-1 operated in the Northern District of Iowa as a "health care provider," as defined by Title 42, United States Code, Section 1320d(3) and Title 45, Code of Federal Regulations, Section 160.103. The term "health care provider" includes a provider of services, a provider of medical or other health services, and any other person furnishing health care services or supplies. 42 U.S.C. § 1320d(3).

2. Hospital-1 treated patients residing in the Northern District of Iowa and elsewhere. As a provider of medical and health services, Hospital-1 furnished, billed, and was paid for, health care in the normal course of business. Patients

1

receiving treatment at Hospital-1, and from physicians and medical practices associated with Hospital-1, provided their personal identification and health information, including name, date of birth, social security number, medical history, prescriptions received, and medications taken. Hospital-1 used computers and computer systems to store and exchange patient medical information electronically and, through those computers and systems, physicians could view electronic medical records of patients that were generated at Hospital-1, as well as other health care providers.

## *HIPAA*

3. Hospital-1 was a "covered entity," as described in the Health Insurance Portability and Accountability Act ("HIPAA") privacy regulation, Title 42, United States Code, Section 1320d-9(b)(3), and Title 45, Code of Federal Regulations, Section 160.103. The patient records maintained on Hospital-1's computers and computer systems contained "individually identifiable health information," as defined by Title 42, United States Code, Section 1320d(6), and Title 45, Code of Federal Regulations, Section 160.103.

4. The term "covered entity" means, in part, a health care provider who transmits any health information in electronic form in connection with a transaction covered by the subchapter, 45 CFR § 160.103. "Individually identifiable health information" is information, including demographic data, that relates to: (1) the individual's past, present or future physical or mental health or condition, (2) the provision of health care to the individual, or (3) the past, present, or future payment for the provision of health care to the individual, and that identifies the

2

individual or for which there is a reasonable basis to believe it can be used to identify the individual, 45 CFR § 160.103.

## *Defendant's Residency*

5. Defendant GABRIEL ALEJANDRO HERNANDEZ-ROMAN graduated from medical school from the University of Medicine & Health Sciences at Saint Kitts in about 2020.

6. On or about June 11, 2020, defendant GABRIEL ALEJANDRO HERNANDEZ-ROMAN was issued a resident physician license in the State of Iowa and given a license ending in 975. Beginning on or about June 24, 2020, defendant GABRIEL ALEJANDRO HERNANDEZ-ROMAN was a participant in the Emergency Medicine Residency Program at a university hospital in Iowa.

7. During his residency program, defendant GABRIEL ALEJANDRO HERNANDEZ-ROMAN performed rotations at Hospital-1. In his capacity as a resident, defendant was authorized to access individually identifiable health information of Hospital-1's patients but only insofar as necessary to provide services to those patients.

## Count 1

**Wrongfully Obtaining Individually Identifiable Health Information Relating to an Individual Under False Pretenses and With Intent to Use for Personal Gain and Malicious Harm**

8. Paragraphs 1 through 7 are incorporated here.

9. On or about January 31, 2022, in the Northern District of Iowa, defendant GABRIEL ALEJANDRO HERNANDEZ-ROMAN, knowingly and without authorization obtained individually identifiable health information relating

3

to an individual, K.F., and maintained by a covered entity, Hospital-1, under false pretenses and with intent to use for personal gain and malicious harm.

10. This was in violation of Title 42, United States Code, Section 1320d-6(a)(2), (b)(2), (b)(3).

A TRUE BILL

███████████████ 04-24-2024
Grand Jury Foreperson    Date

TIMOTHY T. DUAX
United States Attorney

By: *Timothy T. Vavricek* (signature)

TIMOTHY L. VAVRICEK
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed 4/25/24
PAUL DE YOUNG, CLERK

4