# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. GABRIEL ALEJANDRO HERNANDEZ-ROMAN, Defendant. | **HEARING MINUTES** Sealed: No<br>Case No.: 1:24-cr-34-CJW-MAR<br>Presiding Judge: Mark A. Roberts, Magistrate<br>Deputy Clerk: Paul Coberly<br>Official Court Record: FTR Gold  Contract? --<br>Contact Information: -- |

| Date: | 6/28/2024 | Start: | 10:01 AM | Adjourn: | 10:31 AM | Courtroom: | 3 | |
|---|---|---|---|---|---|---|---|---|
| Recesses: | -- | | | Time in Chambers: | -- | | Telephonic? | No |
| Appearances: | Plaintiff(s): | AUSA Timothy L. Vavricek | | | | | | |
| | Defendant(s): | Nicholas A. Sarcone (Defendant appears personally) | | | | | | |
| | U.S. Probation: | -- | | | | | | |
| | Interpreter: | -- | Language: | -- | Certified: | -- | Phone: | -- |

**TYPE OF PROCEEDING:** PLEA | Contested? No | Continued from a previous date? No

| | |
|---|---|
| Defendant pleaded GUILTY to count(s): | 1 of the indictment (lesser-included offense) |
| Defendant is | ☐ Detained  ☒ Released  pending sentencing. |
| **Witness/Exhibit List is** | Government Exhibit 1 (plea agreement) received without objection |

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

**Miscellaneous:** Court places Defendant under oath.

Defendant is competent and understands the charge.

Defendant knows that there is an adequate factual basis, knows the maximum penalties, and knows his rights to a jury trial and voluntarily waives those rights.

Defendant's plea of guilty is voluntary.

Court finds that the Defendant should be adjudged guilty of the lesser-include offense of count 1 of the indictment based upon his plea of guilty.

USP to prepare PSIR.